# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1489
Lower Tribunal No. F97-7241
_____

**William Alexander Townsend,**
Petitioner,

vs.

**The State of Florida, et al.,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus.

William Alexander Townsend, in proper person.

Ashley Moody, Attorney General, for respondent State of Florida.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Denied.